# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-00159 (JR) |
| | : | |
| v. | : | |
| | : | |
| JACQUELINE WRIGHT, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF RELATED CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court and all parties pursuant to Local Criminal Rule 57.12(b)(3) that <u>United States v. Michael Clark</u>, Criminal No. 08-00160, is related to <u>United States v. Jacqueline Wright</u>, Criminal No. 08-00159.  <u>United States v. Michael Clark</u> is currently assigned to Judge Emmet G. Sullivan.  The government has moved Judge Sullivan to transfer <u>United States v. Michael Clark</u> to the Calendar Committee for reassignment to Judge James Robertson, to whom <u>United States v. Jacqueline Wright</u> is assigned.

                                  Respectfully Submitted,

                                  JEFFREY A. TAYLOR
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 498610

By:   /s/
        Timothy G. Lynch (D.C. Bar No. 456506)
        David S. Johnson (D.C. Bar No. 477298)
        Assistant United States Attorneys
        Fraud & Public Corruption Section
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        (202) 353-4862
        timothy.lynch2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY certify that I caused a copy of the foregoing Notice of Related Case to be served by ECF filing and e-mail on Brian McDaniel, Esq., counsel for Jacqueline Wright, and by e-mail on Richard Finci, Esq., counsel for Michael Clark, on this 9th day of June, 2008.


                                  /s/
                                  David S. Johnson
                                  Assistant United States Attorney