CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No. 08-159
)
*Jacqueline C. Wright* )
)

FILED
AUG 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____      Date: 8/26/08
Judge James Robertson