UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No. 08-159
)
Jacqueline C. Wright )
)

WAIVER OF INDICTMENT

I, Jacqueline Wright, the above-name defendant, who is accused of 1 Count of mail fraud 18 USC 1341

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: 8/26/08
Judge James Robertson